

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,658-01

### EX PARTE ERIC TODD WILLIAMS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2012CR10649-W1 IN THE 379TH DISTRICT COURT
### BEXAR COUNTY

*Per curiam*. NEWELL, J., filed a concurring opinion in which RICHARDSON and WALKER, JJ., joined. PARKER, J., filed a concurring and dissenting opinion in which FINLEY, J., joined. SCHENCK, P.J., filed a dissenting opinion in which YEARY, J., joined. YEARY, J., filed a dissenting opinion in which SCHENCK, P.J., joined and KEEL, J., joined Part IV only.

## O P I N I O N

Applicant was convicted of online solicitation of a minor and sentenced to three years' imprisonment in count one of this cause. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that the statute under which he was convicted was found to be unconstitutional. Applicant is entitled to relief. This Court, in *Ex parte Lo*, held unconstitutional the online solicitation of a minor statute for which Applicant was convicted. *Ex parte Lo*, 424

S.W.3d 10 (Tex. Crim. App. 2013). Applicant filed this habeas application based on the *Lo* decision and asks that his conviction be set aside. The State recommends that relief be granted in this cause. We agree.

Relief is granted. The judgment in count one of Cause No. 2012CR10649 in the 379th District Court of Dallas County is set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer the charges as set out in the indictment so that the indictment may be dismissed in accordance with this Court's opinions in *Ex parte Lo,* and *Ex parte Fournier,* 473 S.W.3d 789 (Tex. Crim. App. 2015). The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: OCTOBER 23, 2025
Publish